No. 96.  TRIPPETT ET AL. *v.* POLARIS IRON CO. ET AL. October 14, 1940.  Petition for writ of certiorari to the

Circuit Court of Appeals for the Fifth Circuit denied. *Mr. C. Huffman Lewis* for petitioners.